FILED by ___ CF ___ D.C.
ELECTRONIC

Mar 1, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 13-80052-CR-SCOLA/BRANNON
### CASE NO. _____

18 U.S.C. § 1028(f)
18 U.S.C. § 1028(a)(2)
18 U.S.C. § 1028(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1028(b)(5)

**UNITED STATES OF AMERICA**

**v.**

**ENRIQUE MAXIMILIANO MOJENA and**
**RAFAEL ARJONA,**

        **Defendants.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about January 20, 2011, through on or about November 1, 2011, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ENRIQUE MAXIMILIANO MOJENA and**
**RAFAEL ARJONA,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to knowingly transfer identification documents and authentication features, that is, alien registration numbers and social security numbers, knowing that such documents and features were stolen and produced without lawful authority, such documents appearing to be issued under the authority of the United States, in violation of Title 18, United States Code, Section 1028(a)(2); all in violation of Title 18, United States Code, Section 1028(f).

## COUNT 2

On or about February 22, 2011, in Palm Beach County, in the Southern District of Florida, the defendants,

**ENRIQUE MAXIMILIANO MOJENA and
RAFAEL ARJONA,**

did knowingly transfer an identification document and authentication feature, that is, alien registration number xxx-xxx-478, knowing that such document and feature was stolen and produced without lawful authority, such document appearing to be issued under the authority of the United States, in violation of Title 18, United States Code, Sections 1028(a)(2) and 2.

## COUNT 3

On or about May 11, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**ENRIQUE MAXIMILIANO MOJENA,**

did knowingly transfer an identification document and authentication feature, that is, alien registration number xxx-xxx-652, knowing that such document and feature was stolen and produced without lawful authority, such document appearing to be issued under the authority of the United States, in violation of Title 18, United States Code, Sections 1028(a)(2) and 2.

## COUNT 4

On or about July 14, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

**ENRIQUE MAXIMILIANO MOJENA,**

did knowingly possess, with the intent to use unlawfully and transfer unlawfully, five (5) or more false identification documents (other than those issued lawfully for the use of the possessor) and

2

authentication features, that is five (5) alien registration numbers and five (5) social security numbers, in violation of Title 18, United States Code, Sections 1028(a)(3) and 2.

## COUNT 5

On or about July 27, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

### ENRIQUE MAXIMILIANO MOJENA,

did knowingly possess, with the intent to use unlawfully and transfer unlawfully, five (5) or more false identification documents (other than those issued lawfully for the use of the possessor) and authentication features, that is ten (10) alien registration numbers and ten (10) social security numbers, in violation of Title 18, United States Code, Sections 1028(a)(3) and 2.

## COUNT 6

On or about November 1, 2011, in Palm Beach County, in the Southern District of Florida, the defendant,

### ENRIQUE MAXIMILIANO MOJENA,

did knowingly transfer an identification document and authentication feature, that is, alien registration number xxx-xxx-164, knowing that such document and feature was stolen and produced without lawful authority, such document appearing to be issued under the authority of the United States, in violation of Title 18, United States Code, Sections 1028(a)(2) and 2.

## COUNTS 7-11

On or about the dates enumerated as to each count below, in Palm Beach County, in the Southern District of Florida, the defendants specified in each count below, during and in relation to a felony violation of Title 18, United States Code, Section 1028(f), that is, conspiracy to knowingly transfer identification documents and authentication features, that is, alien registration numbers, knowing that such documents and features were stolen and produced without lawful authority, such

documents appearing to be issued under the authority of the United States, as charged in Count 1 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, the alien registration numbers as set forth below:

| Count | Date | Defendant | ALIEN REGISTRATION NUMBER | ALIEN'S INITIALS |
|-------|------|-----------|---------------------------|------------------|
| 7 | February 22, 2011 | **ENRIQUE MAXIMILIANO MOJENA and RAFAEL ARJONA** | xxx-xxx-478 | E.T.D.R. |
| 8 | May 11, 2011 | **ENRIQUE MAXIMILIANO MOJENA** | xxx-xxx-652 | S.L. |
| 9 | July 14, 2011 | **ENRIQUE MAXIMILIANO MOJENA** | xxx-xxx-996 | H.R. |
| 10 | July 27, 2011 | **ENRIQUE MAXIMILIANO MOJENA** | xxx-xxx-652 | S. R. L. |
| 11 | November 1, 2011 | **ENRIQUE MAXIMILIANO MOJENA** | xxx-xxx-164 | S.S. |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **ENRIQUE MAXIMILIANO MOJENA and RAFAEL ARJONA**, have an interest.

2.      Upon conviction of a violation of, or conspiracy to violate, Title 18, United States Code, Section 1028, as alleged in this Indictment, the defendant so convicted shall forfeit to the United States of America all of his respective right, title and interest in the following property:

(a)      any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B);

4

(b)    any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1028(b)(5); and

(c)    all illicit authentication features, identification documents, document-making implements, or means of identification, pursuant to Title 18, United States Code, Section 1028(h).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1028(b)(5) and (h) and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ENRIQUE MAXIMILIANO MOJENA and
RAFAEL ARJONA,

                        Defendants.
_____/

CASE NO. _____

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

Court Division: (Select One)

____ Miami          ____ Key West
____ FTL      X WPB      ____ FTP

New Defendant(s)          Yes _____   No ____
Number of New Defendants
Total number of counts          _____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)     Yes
     List language and/or dialect     Spanish

4.   This case will take     4- 5     days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                          (Check only one)

     I     0  to  5 days          X          Petty          _____
     II    6 to 10 days          _____     Minor          _____
     III   11 to 20 days         _____     Misdem.        _____
     IV    21 to 60 days         _____     Felony            X
     V     61 days and over      _____

6.   Has this case been previously filed in this District Court? (Yes or No)     No
If yes:
Judge: _____     Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?     (Yes or No)     No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____     District of _____

Is this a potential death penalty case? (Yes or No)     No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003?     _____ Yes     X     No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     _____ Yes     X     No

_____
Marton Gyires
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501696

*Penalty Sheet(s) attached

R  E  V
4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ENRIQUE MAXIMILIANO MOJENA

**Case No**: _____

Count #: 1

Conspiracy to Knowingly Transfer False Identification Documents

Title 18, United States Code, Section 1028(f)

**\* Max. Penalty**: 15 Years' Imprisonment

Counts #: 2, 3 & 6

Knowingly Transferring False Identification Documents

Title 18, United States Code, Section 1028(a)(2)

**\* Max. Penalty**: 15 Years' Imprisonment

Counts #: 4 & 5

Knowingly Possessing with Intent to Transfer Five or More False Identification Documents

Title 18, United States Code, Section 1028(a)(3)

**\* Max. Penalty**: 15 Years' Imprisonment

Counts #: 7 - 11

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 years' imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **RAFAEL ARJONA**

**Case No**: _____

Count #: 1

Conspiracy to Knowingly Transfer False Identification Documents

Title 18, United States Code, Section 1028(f)

**\* Max. Penalty**: 15 Years' Imprisonment

Count #: 2

Knowingly Transferring False Identification Documents

Title 18, United States Code, Section 1028(a)(2)

**\* Max. Penalty**: 15 Years' Imprisonment

Count #: 7

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty**: 2 years' imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**